**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MLB ADVANCED MEDIA, L.P.,** <br><br> Defendant. | Case No. 2:14-cv-458 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 4l(a), plaintiff eDekka LLC and defendant MLB Advanced Media, L.P., parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims and counterclaims between the moving parties are dismissed with prejudice; and

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

**So Ordered and Signed on this**

**Jul 16, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE